## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| K2 GROCERIES INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | NO. CIV-14-1235-HE |
| | ) | |
| EMPLOYERS MUTUAL CASUALTY | ) | |
| COMPANY, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## ADMINISTRATIVE CLOSING ORDER

The court is advised that the parties have reached a compromise and settlement. Accordingly, the Clerk of Court is directed to administratively terminate this action without prejudice to the right of a party to file a stipulation or order of dismissal or, for good cause shown upon motion, to reopen the proceeding for any other purpose necessary to obtain a final determination of the action.

If, within **thirty (30) days** from the date of this order, closing papers have not been filed or leave sought to reopen the case, this action shall be deemed dismissed.

**IT IS SO ORDERED**.

Dated this 9th day of September, 2015.

JOE HEATON
UNITED STATES DISTRICT JUDGE